1  Susan St. Vincent
   Legal Officer
2  Matthew McNease
   Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
   Yosemite, California  95389
5  Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  6:14-mj-079-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS AND VACATE BENCH TRIAL; AND ORDER THEREON** |
| JOHN ROBERT WOODBURY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and an order to vacate the currently scheduled Bench Trial starting on May 27, 2015, at 1:00 p.m.. The Government and Defendant have entered into a deferred prosecution agreement. The Government will refile charges if the agreement is violated.

Dated:  May 14, 2015                                    NATIONAL PARK SERVICE


 /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. John Robert Woodbury;* 6:14-mj-079-MJS, be dismissed, without prejudice, and the scheduled Bench Trial starting on May 27, 2015, be vacated.

IT IS SO ORDERED.

Dated:   May 15, 2015              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE